**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.3:06CV64-C**

| | |
|---|---|
| BANK OF AMERICA, N.A. and ) <br> BANC OF AMERICA SECURITIES LLLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BNP PARIBAS, BNP PARIBAS NORTH ) <br> AMERICA, INC., and BNP PARIBAS ) <br> SECURITIES CORP., ) <br> ) <br> Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice" (document #3) filed February 22, 2006, wherein Edward T. Hinson, Jr. seeks the admission of David C. Mattka to appear on behalf of Defendants BNP Paribas, BNP Paribas North America, Inc., and BNP Paribas Securities Corp. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: February 22, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge